## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANNEX PRODUCTS PTY LTD., | |
| Plaintiff, | |
| v. | Case No. 24-cv-07291 |
| | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | |
| Defendants. | |

## PRELIMINARY INJUNCTION ORDER

Plaintiff Annex Products Pty Ltd. ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Motion [36] and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 8, 2024 [28] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered design patent, copyrighted works, and trademarks (the "Plaintiff Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Intellectual Property. *See* Docket No. 7-4 to 7-10, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff Intellectual Property.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of design patent, copyright, and trademark infringement because (1) the Plaintiff's design patent is valid and registered with the USPTO; (2) the Plaintiff's copyrighted works are valid and registered with the U.S. Copyright Office; (3) the Plaintiff's Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register; (4) Defendants are not licensed or authorized to use any of the Plaintiff Intellectual Property; and (3) Defendants' use of the Plaintiff Intellectual Property is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Plaintiff Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any

product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Intellectual Property;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Intellectual Property;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff Intellectual Property, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic,

4

Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4.  Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"), Amazon.com, Inc. ("Amazon"), DHgate.com Inc. ("DHgate"), eBay, Inc. ("eBay"), Fruugo Ltd. ("Fruugo"), Jingdong E-Commerce (Trade) Hong Kong Co., Ltd., and Beijing Jingdong 360 Du E-commerce Ltd. ("Joybuy"), Roadget Business Pte. Ltd. and Shein US Services LLC ("Shein"), PDD Holdings ("Temu"), Walmart Inc. ("Walmart"), ContextLogic Inc. ("Wish"), LianLIan Global ("LianLian"), PayPal, Inc. ("PayPal"), Payoneer Global Inc. ("Payoneer"), and Stripe, Inc. ("Stripe") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after

5

receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.  Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Intellectual Property.

6.  Any Third-Party Providers, including Alibaba, AliExpress, Amazon, DHgate, eBay, Fruugo, Shein, Temu, Walmart, Wish, LianLian, PayPal, Payoneer, and Stripe, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.  Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail provided for Defendants by third

parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Second Amended Complaint [21], Schedules "A," "B," "C," and "D" attached to the Second Amended Complaint [21-2] to [21-5], Exhibit 1 to the Complaint [21-1], the Memorandum in support of Plaintiff's Second Renewed Motion for Temporary Restraining Order [24], the First Declaration of Christopher Peter [7-3] and associated Exhibits [7-4] to [7-10], the Second Declaration of Christopher Peter [14-1] and associated Exhibits [14-1] to [14- 32], Memorandum in Support of Joinder [14]; and the TRO [28] are unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $ $267,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED.

8

Dated:  November 1, 2024

Entered:

John Robert Blakey
United States District Judge

**Schedule A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Guangzhou Baichuanhe Technology Co., Ltd. | baichuanhe | https://baichuanhe.en.alibaba.com |
| 2 | Hangzhou Fonairil Technology Co., Ltd. | fonairil | https://fonairil.en.alibaba.com |
| 3 | Jiangxi Liubao Technology Co., Ltd. | liubaokeji | https://liubaokeji.en.alibaba.com |
| 4 | Ningbo Hongseen Industry Technology Co., Ltd. | nbhongseen | https://nbhongseen.en.alibaba.com |
| 5 | Shenzhen Neosail Technology Co., Ltd. | neosail | https://neosail.en.alibaba.com |
| 6 | Hangzhou Oem Bicycle & Electric Bike Co., Ltd. | oembicycle | https://oembicycle.en.alibaba.com |
| 7 | Qingdao Roadup Vehicle Parts Co., Ltd. | qdroadup | https://qdroadup.en.alibaba.com |
| 8 | Shenzhen Siji Yunji Trade Technology Co., Ltd. | seasonnew | https://seasonnew.en.alibaba.com |
| 9 | Shenzhen Skycity Global Technology Co., Ltd. | skycity3c | https://skycity3c.en.alibaba.com |
| 10 | Shijiazhuang Youen Technology Co., Ltd. | urbrace | https://urbrace.en.alibaba.com |
| 12 | Sportsdiary Store | 1100837004 | https://www.aliexpress.com/store/1100837004 |
| 13 | ZZF Store | 1100892683 | https://www.aliexpress.com/store/1100892683 |
| 14 | bettergoods | 1100946910 | https://www.aliexpress.com/store/1100946910 |
| 15 | Warming Car Parts Store | 1101238106 | https://www.aliexpress.com/store/1101238106 |
| 17 | SMAUTOP CAR Official Store | 1101333740 | https://www.aliexpress.com/store/1101333740 |
| 18 | Cutesliving Store | 1101351612 | https://www.aliexpress.com/store/1101351612 |
| 20 | 1688 Factory Direct Dropshipping Store | 1101370119 | https://www.aliexpress.com/store/1101370119 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 22 | Shop5800663 Store | 1101397319 | https://www.aliexpress.com/store/1101397319 |
| 23 | AutomotiveAccessories Store | 1101417556 | https://www.aliexpress.com/store/1101417556 |
| 25 | Gocamping Store | 1101616494 | https://www.aliexpress.com/store/1101616494 |
| 26 | Winooo Discount Store | 1101965721 | https://www.aliexpress.com/store/1101965721 |
| 27 | I Am Song Store | 1102025951 | https://www.aliexpress.com/store/1102025951 |
| 28 | Basage Store | 1102109746 | https://www.aliexpress.com/store/1102109746 |
| 29 | TRobal Cycling Store | 1102537051 | https://www.aliexpress.com/store/1102537051 |
| 30 | Top-Handicraft Dropshipping Store | 1102624549 | https://www.aliexpress.com/store/1102624549 |
| 31 | Shop1102660561 Store | 1102658595 | https://www.aliexpress.com/store/1102658595 |
| 32 | Shenzhen Moonlight Houseware Co., Ltd. Store | 1102672365 | https://www.aliexpress.com/store/1102672365 |
| 33 | LittleLove Makeup Store | 1102673291 | https://www.aliexpress.com/store/1102673291 |
| 34 | Shop1102716947 Store | 1102719953 | https://www.aliexpress.com/store/1102719953 |
| 35 | Basage Store | 1102762528 | https://www.aliexpress.com/store/1102762528 |
| 37 | Anti-skidmat Online Store | 1102826547 | https://www.aliexpress.com/store/1102826547 |
| 38 | JH Auto Parts Store Store | 1102922415 | https://www.aliexpress.com/store/1102922415 |
| 39 | Shop1102921960 Store | 1102924913 | https://www.aliexpress.com/store/1102924913 |
| 40 | excellbay | 1102929805 | https://www.aliexpress.com/store/1102929805 |
| 41 | RealTech Store | 1103014170 | https://www.aliexpress.com/store/1103014170 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 42 | Shop1103055935 Store | 1103053969 | https://www.aliexpress.com/store/1103053969 |
| 43 | Gobal Directsale Store | 1103068017 | https://www.aliexpress.com/store/1103068017 |
| 44 | Shop1103134581 Store | 1103130625 | https://www.aliexpress.com/store/1103130625 |
| 45 | Lets Get It Store | 1103137452 | https://www.aliexpress.com/store/1103137452 |
| 46 | EU Digital Accessories Store | 1103201898 | https://www.aliexpress.com/store/1103201898 |
| 47 | Shunmaii Cycling Accessories Store | 1103279455 | https://www.aliexpress.com/store/1103279455 |
| 48 | DUSSERSAT Store | 1103279526 | https://www.aliexpress.com/store/1103279526 |
| 49 | Digital Tech Mart Store | 1103299270 | https://www.aliexpress.com/store/1103299270 |
| 50 | GlobalShopping Store | 1103305914 | https://www.aliexpress.com/store/1103305914 |
| 51 | House Suncatcher Store | 1103313974 | https://www.aliexpress.com/store/1103313974 |
| 52 | Pleasurable Shopping Day Store | 1103314581 | https://www.aliexpress.com/store/1103314581 |
| 53 | Forever- younger Store | 1103316344 | https://www.aliexpress.com/store/1103316344 |
| 54 | 3C Electro-World Store | 1103319395 | https://www.aliexpress.com/store/1103319395 |
| 55 | BodyWell Store | 1103319965 | https://www.aliexpress.com/store/1103319965 |
| 56 | Pro Houseware Store | 1103320023 | https://www.aliexpress.com/store/1103320023 |
| 57 | All-category Store | 1103329129 | https://www.aliexpress.com/store/1103329129 |
| 58 | ShinyHome Store | 1103338044 | https://www.aliexpress.com/store/1103338044 |
| 59 | 3C Computer Peripheral Store | 1103451057 | https://www.aliexpress.com/store/1103451057 |
| 60 | Outdoor Dropshippings Store | 1103469721 | https://www.aliexpress.com/store/1103469721 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 61 | Digital High-Tech Store | 1103477441 | https://www.aliexpress.com/store/1103477441 |
| 62 | Home Category 10001 Store | 1103480467 | https://www.aliexpress.com/store/1103480467 |
| 63 | Alloet-Tool Supplies Store | 1103482402 | https://www.aliexpress.com/store/1103482402 |
| 64 | Shop1103493021 Store | 1103502003 | https://www.aliexpress.com/store/1103502003 |
| 65 | Dazzling Bag Store | 1103514009 | https://www.aliexpress.com/store/1103514009 |
| 66 | All Categories Wholesale Store Store | 1103515756 | https://www.aliexpress.com/store/1103515756 |
| 67 | DiDiBaby Store | 1103541251 | https://www.aliexpress.com/store/1103541251 |
| 68 | Keep-Real World Store | 1103552144 | https://www.aliexpress.com/store/1103552144 |
| 69 | TOP Shopping-market Store | 1103559188 | https://www.aliexpress.com/store/1103559188 |
| 70 | Shop1103610036 Store | 1103614034 | https://www.aliexpress.com/store/1103614034 |
| 71 | PC Peripheral Store | 1103740933 | https://www.aliexpress.com/store/1103740933 |
| 72 | Ali-ZYAA-1 Store | 1103755111 | https://www.aliexpress.com/store/1103755111 |
| 73 | Shop1103845652 Store | 1103842660 | https://www.aliexpress.com/store/1103842660 |
| 77 | ZYHENG Official Store | 912575062 | https://www.aliexpress.com/store/912575062 |
| 78 | HAIXIASHANGHANG | A1515043O992XG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1515043O992XG |
| 79 | awlbed-Auto-US | A1B3OJA1SUEK5A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1B3OJA1SUEK5A |
| 80 | QXL US | A1DE4AGW02MJ0V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DE4AGW02MJ0V |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 81 | Jawmoy | A1OHKWWAD ON2NQ | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A1OHKWWADON2NQ |
| 82 | 汶君贸易 | A21MB81FIW4 4GI | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A21MB81FIW44GI |
| 83 | Duwen76 | A21NCTV2HE0 6YI | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A21NCTV2HE06YI |
| 84 | FXDIANZI | A21W9PXPXRI LE | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A21W9PXPXRILE |
| 85 | songkunus | A28KWM8S59 MIFV | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A28KWM8S59MIFV |
| 86 | Jewkot-Auto-US | A29PLS1FO01A T2 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A29PLS1FO01AT2 |
| 87 | HAOYUSHANGWU | A2DGIQKVNA 3NGY | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2DGIQKVNA3NGY |
| 88 | VORTEX INC | A2EMYBNLW VIKJ9 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2EMYBNLWVIKJ9 |
| 89 | Hirificing | A2EV9262QFO Z98 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2EV9262QFOZ98 |
| 90 | Rui shu | A2FIEX9SBGV 1NU | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2FIEX9SBGV1NU |
| 91 | Cai Rui SHOPPING MALL | A2JBBXHOWR UCQ0 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2JBBXHOWRUCQ0 |
| 92 | gunhunt-Auto-US | A2M1Q78NFQZ X30 | https://www.amazon.com/sp?_encoding =UTF8&marketplaceID=ATVPDKIKX 0DER&seller=A2M1Q78NFQZX30 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 93 | fdhuio841318 | A2V7LHF9G0YO6C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2V7LHF9G0YO6C |
| 94 | Flygun-Auto-US | A2YIOL34JJ8F6M | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YIOL34JJ8F6M |
| 95 | 泰利usa | A2YMU6AZ4HJSNX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2YMU6AZ4HJSNX |
| 96 | Yumfugu-Auto-US | A30R0BIZVK3VUK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30R0BIZVK3VUK |
| 97 | Meishkankan | A35D39ZC4ZKARR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35D39ZC4ZKARR |
| 98 | fomsohr | A375TQ0MMG60A4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A375TQ0MMG60A4 |
| 99 | songxinyaauto | A3C27PQLMQVJWJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3C27PQLMQVJWJ |
| 100 | AUCELI Auto | A3JR2FZCL2T9OL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JR2FZCL2T9OL |
| 101 | Shinekoo | A3KVHMV2TEACWX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3KVHMV2TEACWX |
| 102 | Slykew-Auto-US | A3PEI3C58HWV51 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PEI3C58HWV51 |
| 103 | GKmow-Auto-US | A3PFSS14VYU0MZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3PFSS14VYU0MZ |
| 104 | Nowkont-Auto-US | AABBUVFVGBTV4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AABBUVFVGBTV4 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 105 | btastbo | ABZPB0HXAV24V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ABZPB0HXAV24V |
| 106 | hgufskn4513 | AHX5IEY5K3QTF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHX5IEY5K3QTF |
| 107 | cueclue-Auto-US | ALF43YRKYDIS7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALF43YRKYDIS7 |
| 108 | Fogfar-Auto-US | AMINNOLDDV2FC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMINNOLDDV2FC |
| 109 | Chiyang-AU | AMWH5FMO7QP0F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMWH5FMO7QP0F |
| 110 | ZBGUN-Auto-US | AVM5INR0LLL73 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVM5INR0LLL73 |
| 111 | dawfall-Auto-US | AZBC71XBW9SF9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZBC71XBW9SF9 |
| 112 | la96 Store | 21818449 | https://www.dhgate.com/store/21818449 |
| 114 | homepro6 Store | 21979035 | https://www.dhgate.com/store/21979035 |
| 115 | homepro15 Store | 21989312 | https://www.dhgate.com/store/21989312 |
| 116 | ddmylovely Store | 21989838 | https://www.dhgate.com/store/21989838 |
| 117 | 5.1ykqvmxz | 5.1ykqvmxz | https://www.ebay.com/usr/5.1ykqvmxz |
| 118 | 6fg1-9986 | 6fg19986 | https://www.ebay.com/str/6fg19986 |
| 119 | abcdqqa | abcdqqa | https://www.ebay.com/usr/abcdqqa |
| 120 | abey-5 | abey-5 | https://www.ebay.com/str/abey-5 |
| 121 | aknsrfuhb15 | aknsrfuhb15 | https://www.ebay.com/str/aknsrfuhb15 |
| 122 | aliagacontreras-0 | aliagacontreras-0 | https://www.ebay.com/usr/aliagacontreras-0 |
| 123 | ALZ Traders LTD | alztradersltd | https://www.ebay.com/usr/alztradersltd |
| 124 | arkidqkonorr | arkidqkonorr | https://www.ebay.com/usr/arkidqkonorr |
| 125 | atyou68 | atyou68 | https://www.ebay.com/str/atyou68 |
| 126 | autodevery | autodevery | https://www.ebay.com/str/autodevery |
| 127 | automan_parts | automanparts | https://www.ebay.com/str/automanparts |
| 128 | autoparty | autoparty | https://www.ebay.com/str/autoparty |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 129 | autopower02 | autopower02 | https://www.ebay.com/str/autopower02 |
| 130 | autotvutv | autotvutv | https://www.ebay.com/str/autotvutv |
| 131 | autumn_3064 | autumn_3064 | https://www.ebay.com/usr/autumn_3064 |
| 132 | bestmas | bestmas | https://www.ebay.com/str/bestmas |
| 133 | better-6280 | better6280 | https://www.ebay.com/str/better6280 |
| 134 | buy2_quicks | buy2quicks | https://www.ebay.com/str/buy2quicks |
| 135 | buy2_speedy | buy2speedy | https://www.ebay.com/str/buy2speedy |
| 136 | bvacqd | bvacqd | https://www.ebay.com/usr/bvacqd |
| 137 | cantry | cantry | https://www.ebay.com/str/cantry |
| 138 | Casey's Store | caseytech777 | https://www.ebay.com/usr/caseytech777 |
| 139 | AccessoryCenterUS | centeraccessoryus | https://www.ebay.com/usr/centeraccessoryus |
| 140 | clkjac | clkjac | https://www.ebay.com/usr/clkjac |
| 141 | clkjad | clkjad | https://www.ebay.com/usr/clkjad |
| 142 | datouc | datouc | https://www.ebay.com/str/datouc |
| 143 | demraket | demraket | https://www.ebay.com/usr/demraket |
| 144 | diziyou | diziyou | https://www.ebay.com/usr/diziyou |
| 145 | ehonours_6 | ehonours6 | https://www.ebay.com/str/ehonours6 |
| 146 | euroad | euroad | https://www.ebay.com/str/euroad |
| 147 | Fancytech Inc | fancytech777 | https://www.ebay.com/usr/fancytech777 |
| 148 | fashio_7351 | fashio7351 | https://www.ebay.com/str/fashio7351 |
| 149 | fconejero | fconejero | https://www.ebay.com/usr/fconejero, https://www.ebay.com/str/fconejero |
| 150 | fgj7053 | fgj7053 | https://www.ebay.com/str/fgj7053 |
| 151 | Friday2023 | friday2023 | https://www.ebay.com/usr/friday2023 |
| 152 | geetarplayer2012 | geetarplayer2012 | https://www.ebay.com/usr/geetarplayer2012 |
| 153 | greenhouse-cn2010 | greenhousecn2010 | https://www.ebay.com/str/greenhousecn2010 |
| 154 | GufushangmaoInc | gufush98 | https://www.ebay.com/usr/gufush98 |
| 155 | Gufubiz2024 | gufushangmao2024 | https://www.ebay.com/usr/gufushangmao2024 |
| 156 | Gufutech777 | gufushangmao777 | https://www.ebay.com/usr/gufushangmao777 |
| 157 | hbcmarket | hbcmarket | https://www.ebay.com/str/hbcmarket |
| 158 | Home life one | homelifeone | https://www.ebay.com/str/homelifeone |
| 159 | hometop | hometop | https://www.ebay.com/str/hometop |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 160 | hstoyhomes | hstoyhomes | https://www.ebay.com/str/hstoyhomes |
| 161 | PBYItech | huweip-89 | https://www.ebay.com/usr/huweip-89 |
| 162 | jahd2023 | jahd2023 | https://www.ebay.com/usr/jahd2023 |
| 163 | jinchuangkeji | jinchuangkeji | https://www.ebay.com/usr/jinchuangkeji |
| 164 | jxc20-7 | jxc20-7 | https://www.ebay.com/usr/jxc20-7 |
| 165 | kaiixiinn | kaiixiinn | https://www.ebay.com/str/kaiixiinn |
| 166 | kameshka_35 | kameshka_35 | https://www.ebay.com/usr/kameshka_35 |
| 167 | kpmillions | kpmillions | https://www.ebay.com/str/kpmillions |
| 168 | kuachuan | kuachuan | https://www.ebay.com/str/kuachuan |
| 169 | liu586 | liu586 | https://www.ebay.com/str/liu586 |
| 170 | Aussie Deal Central | megashop-86 | https://www.ebay.com/usr/megashop-86 |
| 171 | meiqi369 | meiqi369 | https://www.ebay.com/usr/meiqi369 |
| 172 | mkyinfu06 | mkyinfu06 | https://www.ebay.com/str/mkyinfu06 |
| 173 | LIDETOOL | nealthus | https://www.ebay.com/str/nealthus |
| 174 | ningning373 | ningning373 | https://www.ebay.com/usr/ningning373 |
| 175 | nulauto | nulauto | https://www.ebay.com/str/nulauto |
| 176 | peakmotostore | peakmotostore | https://www.ebay.com/str/peakmotostore |
| 177 | perfectlife629 | perfectlife629 | https://www.ebay.com/str/perfectlife629 |
| 178 | pizh3997 | pizh3997 | https://www.ebay.com/str/pizh3997 |
| 179 | pon0511 | pon0511 | https://www.ebay.com/str/pon0511 |
| 180 | rm004store | rm004store | https://www.ebay.com/str/rm004store |
| 181 | Rt7.749 | rt7.749 | https://www.ebay.com/usr/rt7.749 |
| 182 | s7star | s7star | https://www.ebay.com/str/s7star |
| 183 | shihe996 | shihe996 | https://www.ebay.com/usr/shihe996 |
| 184 | shopy001 | shopy001 | https://www.ebay.com/usr/shopy001 |
| 185 | s-show | sshow | https://www.ebay.com/str/sshow |
| 186 | superreleases | superreleases | https://www.ebay.com/str/superreleases |
| 187 | SWONFINE | sw_onfine | https://www.ebay.com/usr/sw_onfine |
| 188 | topcpu | topcpu | https://www.ebay.com/str/topcpu |
| 189 | topuks | topuks | https://www.ebay.com/str/topuks |
| 190 | urlwall-sur-ron UK | urlwall-surron-de | https://www.ebay.com/usr/urlwall-surron-de |
| 191 | urlwall surron us | urlwall02 | https://www.ebay.com/str/urlwall02 |
| 192 | urlwall-uk-surron | urlwalluksurron | https://www.ebay.com/str/urlwalluksurron |
| 193 | ussssu | ussssu | https://www.ebay.com/str/ussssu |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 194 | vehileparts | vehileparts | https://www.ebay.com/str/vehileparts |
| 195 | wangzejiang | wangzejiang | https://www.ebay.com/usr/wangzejiang |
| 196 | wuyiig | wuyiig | https://www.ebay.com/str/wuyiig |
| 197 | xiangxi8054 | xiangxi8054 | https://www.ebay.com/str/xiangxi8054 |
| 198 | xiaopangzi2019 | xiaopangzi2019 | https://www.ebay.com/usr/xiaopangzi2019 |
| 199 | xiaosanlong | xiaosanlong | https://www.ebay.com/str/xiaosanlong |
| 200 | BXK-auto parts | xxkmyl35 | https://www.ebay.com/str/xxkmyl35 |
| 201 | yan2jh | yan2jh | https://www.ebay.com/usr/yan2jh |
| 202 | HLGTECH888 | yanruguang | https://www.ebay.com/usr/yanruguang |
| 203 | GMelectronicS | zhangwenhu | https://www.ebay.com/usr/zhangwenhu |
| 205 | zxbn007 | zxbn007 | https://www.ebay.com/usr/zxbn007, https://www.ebay.com/str/zxbn007 |
| 206 | Wu Han Yi Ge Dian Zi Shang Wu You Xian Gong Si | 14545 | https://www.fruugo.us/search?merchantId=14545 |
| 207 | dailygadgetz | 3305501093 | https://us.shein.com/store/home?store_code=3305501093&type=selection&routeId=102389931&ici=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on=store`cn=dailygadgetz`hz=0`ps=1_1`jc=thirdPartyStoreHome_3305501093&src_module=DetailBrand&src_tab_page_id=page_goods_detail1719342485511&tab=review |
| 208 | HAPPY AUTO | 5263604872776 | https://www.temu.com/happy-auto-and-motor-m-5263604872776.html |
| 209 | Unique Super Deal | 634418210317469 | https://www.temu.com/unique-super-deal-m-634418210317469.html |
| 210 | XJYxingjiyao | 634418210653943 | https://www.temu.com/xjyxingjiyao-m-634418210653943.html?goods_id=601099553100699&_x_sessn_id=6nf8fmysx2&refer_page_name=goods&refer_page_id=10032_1718833765518_qn3es3b5es&refer_page_sn=10032 |
| 211 | Freedom and integrity | 634418211109702 | https://www.temu.com/freedom-and-integrity-m-634418211109702.html |

19

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 212 | lowcost | 6344182119205 56 | https://www.temu.com/lowcost-m-634418211920556.html |
| 213 | beijichen | 6344182127006 98 | https://www.temu.com/beijichen-m-634418212700698.html |
| 214 | LMLOVATO | 6344182127008 55 | https://www.temu.com/lmlovato-m-634418212700855.html?goods_id=6010 99553089218&_x_sessn_id=6nf8fmysx 2&refer_page_name=goods&refer_page _id=10032_1718834629821_8hjms8f9k f&refer_page_sn=10032 |
| 215 | xushe | 6344182129899 67 | https://www.temu.com/xushe-m-634418212989967.html?goods_id=6010 99553103720&_x_sessn_id=6nf8fmysx 2&refer_page_name=goods&refer_page _id=10032_1718833880817_i6qteha7ca &refer_page_sn=10032 |
| 216 | huangpuhp | 6344182130070 48 | https://www.temu.com/huangpuhp-m-634418213007048.html |
| 217 | fenghuanghuakai | 6344182130942 63 | https://www.temu.com/fenghuanghuakai -m-634418213094263.html |
| 218 | Aimall | 6344182136343 24 | https://www.temu.com/aimall-m-634418213634324.html |
| 219 | Wkai | 6344182146240 97 | https://www.temu.com/wkai-m-634418214624097.html?goods_id=6010 99562088060&_x_sessn_id=6nf8fmysx 2&refer_page_name=goods&refer_page _id=10032_1718834111727_hrghfn0mj 6&refer_page_sn=10032 |
| 220 | Better and Easy Life | 101033462 | https://www.walmart.com/reviews/seller /101033462 |
| 221 | UR BEST CHOICE | 101043412 | https://www.walmart.com/reviews/seller /101043412 |
| 222 | US DEALS | 101043423 | https://www.walmart.com/reviews/seller /101043423 |
| 223 | Trendy Mall | 101043425 | https://www.walmart.com/reviews/seller /101043425 |
| 224 | Superior Central | 101043433 | https://www.walmart.com/reviews/seller /101043433 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 225 | Exclusive OutLet | 101043443 | https://www.walmart.com/reviews/seller/101043443 |
| 226 | World Deal | 101043448 | https://www.walmart.com/reviews/seller/101043448 |
| 227 | ArtmyHome | 101044615 | https://www.walmart.com/reviews/seller/101044615 |
| 228 | Free Choice | 101044619 | https://www.walmart.com/reviews/seller/101044619 |
| 229 | Cozy time | 101044621 | https://www.walmart.com/reviews/seller/101044621 |
| 230 | letsports | 101044637 | https://www.walmart.com/reviews/seller/101044637 |
| 231 | LesoGood Shop | 101044639 | https://www.walmart.com/reviews/seller/101044639 |
| 232 | Shixing LLC | 101093747 | https://www.walmart.com/reviews/seller/101093747 |
| 233 | Personal Care Specific | 101103649 | https://www.walmart.com/reviews/seller/101103649 |
| 234 | Precious Day | 101196711 | https://www.walmart.com/reviews/seller/101196711 |
| 235 | Pink Vine | 101198731 | https://www.walmart.com/reviews/seller/101198731 |
| 236 | Magic life | 101199340 | https://www.walmart.com/reviews/seller/101199340 |
| 237 | fashion trend | 101211292 | https://www.walmart.com/reviews/seller/101211292 |
| 238 | Shrewd Choice | 101216420 | https://www.walmart.com/reviews/seller/101216420 |
| 239 | enjoy show | 101224406 | https://www.walmart.com/reviews/seller/101224406 |
| 240 | double trust | 101254884 | https://www.walmart.com/reviews/seller/101254884 |
| 241 | Yangmu | 101340848 | https://www.walmart.com/reviews/seller/101340848 |
| 242 | JINGKAI Co.Ltd | 101566198 | https://www.walmart.com/reviews/seller/101566198 |
| 243 | juanjuanshangmaofulidian | 101582858 | https://www.walmart.com/reviews/seller/101582858 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 244 | ChuaiLikeji | 101609742 | https://www.walmart.com/reviews/seller/101609742 |
| 245 | LanLaiShangMao | 101632413 | https://www.walmart.com/reviews/seller/101632413 |
| 246 | LIAOBOWEN | 101672793 | https://www.walmart.com/reviews/seller/101672793 |
| 247 | QUANXINTAI | 101674466 | https://www.walmart.com/reviews/seller/101674466 |
| 248 | HaErBinYuKua | 101675026 | https://www.walmart.com/reviews/seller/101675026 |
| 249 | Lixu Sales Co. | 102479725 | https://www.walmart.com/reviews/seller/102479725 |
| 250 | chenxueliang | 102486154 | https://www.walmart.com/reviews/seller/102486154 |
| 251 | GearUP Store | 101043446 | https://www.walmart.com/reviews/seller/101043446 |
| 252 | Me Beauty | 101100995 | https://www.walmart.com/reviews/seller/101100995 |
| 253 | DISMISSED | | |
| 254 | Three Dragons  Co.Ltd | 101227312 | https://www.walmart.com/reviews/seller/101227312 |
| 255 | Daily Preferences | 101254033 | https://www.walmart.com/reviews/seller/101254033 |
| 256 | BORTE | 101262007 | https://www.walmart.com/reviews/seller/101262007 |
| 257 | Finn Cotton Trading | 101585381 | https://www.walmart.com/reviews/seller/101585381 |
| 258 | Sarapandan | 101618020 | https://www.walmart.com/reviews/seller/101618020 |
| 259 | wangshanli | 101647984 | https://www.walmart.com/reviews/seller/101647984 |
| 260 | GuJiaBang | 101671497 | https://www.walmart.com/reviews/seller/101671497 |
| 262 | Berserker_shop | 5b3cbb07ce10452cf0363e9e | https://www.wish.com/merchant/5b3cbb07ce10452cf0363e9e |
| 263 | zhanping store | 5b6aad7c4535c73c1dce319e | https://www.wish.com/merchant/5b6aad7c4535c73c1dce319e |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 264 | beauty xuyao | 5bd040e3eed17c2aa7720a06 | https://www.wish.com/merchant/5bd040e3eed17c2aa7720a06 |
| 265 | NorthJing | 5d5c263b560eca391a8506fb | https://www.wish.com/merchant/5d5c263b560eca391a8506fb |
| 266 | jhzt393shop | 5f7eab26945ea77d59338ce4 | https://www.wish.com/merchant/5f7eab26945ea77d59338ce4 |
| 267 | huijuanfan | 6034a4aa4ad497110d502d8f | https://www.wish.com/merchant/6034a4aa4ad497110d502d8f |